UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-cv-23054-RAR

AT LAW AND IN ADMIRALTY

JANET L. FAIRCLOTH,

     Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A BERMUDA COMPANY d/b/a
NORWEGIAN CRUISE LINE,
a Foreign Profit Corporation,

     Defendant.

_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

The Plaintiff JANET L. FAIRCLOTH by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files the Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

1.  The Plaintiff is an individual, not a corporate party, and thus no further disclosure is required by Federal Rule of Civil Procedure 7.1.

2.  At all times material hereto, the Plaintiff has had no ownership or management interest in any corporate or business entity which is a party to this action.

Respectfully submitted,

*s/Sarah A. Lobel*_____
**Sarah A. Lobel, Esq.** (FBN 88716)
slobel@hickeylawfirm.com
**Hickey Law Firm, P.A.**
Douglas Entrance Office Parc
Executive Tower
804 South Douglas Road, Suite 373
Coral Gables, FL 33134

1

Tel. (305) 371-8000
Fax: (305) 371-3542
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 30th day of  April, 2026. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices.

By: s/ *Sarah A. Lobel*
**Sarah A. Lobel, Esq.** (FBN 88716)
slobel@hickeylawfirm.com

2

## <u>SERVICE LIST</u>

**JANET L. FAIRCLOTH v. NCL (BAHAMAS) LTD., A BERMUDA COMPANY d/b/a NORWEGIAN CRUISE LINE, a Foreign Profit Corporation**

**CASE NO. 1:26-cv-23054-RAR**

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Sarah A. Lobel, Esq.** (FBN 88716)<br>slobel@hickeylawfirm.com<br>svandiest@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>Douglas Entrance Office Parc<br>Executive Tower<br>804 South Douglas Road<br>Suite 373<br>Coral Gables, FL 33134<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Counsel for Plaintiff* | *Counsel for Defendants* |