UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-cv-23054-RAR

AT LAW AND IN ADMIRALTY

JANET L. FAIRCLOTH,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A BERMUDA COMPANY d/b/a
NORWEGIAN CRUISE LINE,
a Foreign Profit Corporation,

      Defendant.

_____/

## NOTICE OF APPEARANCE

JOHN H. HICKEY, ESQ., of Hickey Law Firm, P.A., hereby files a Notice of Appearance as counsel for Plaintiff, JANET L. FAIRCLOTH, and hereby requests that all future pleadings, motions, notices, orders and other documents filed by the parties and the Court be served upon the undersigned.

Respectfully submitted,

*s/ John H. Hickey, Esq.*
**John H. Hickey** (FBN 305081)
hickey@hickeylawfirm.com
**Hickey Law Firm, P.A.**
Douglas Entrance Office Parc
Executive Tower
804 South Douglas Road
Suite 373
Coral Gables, FL 33134
Tel. (305) 371-8000
Fax: (305) 371-3542
*Counsel for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 30th day of April, 2026. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices.

By: *s/ John H. Hickey, Esq.*
John H. Hickey (FBN 305081)
hickey@hickeylawfirm.com

## SERVICE LIST

**JANET L. FAIRCLOTH v. NCL (BAHAMAS) LTD., A BERMUDA COMPANY d/b/a NORWEGIAN CRUISE LINE, a Foreign Profit Corporation**

**CASE NO. 1:26-cv-23054-RAR**

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Sarah A. Lobel, Esq.** (FBN 88716)<br>slobel@hickeylawfirm.com<br>svandiest@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>Douglas Entrance Office Parc<br>Executive Tower<br>804 South Douglas Road<br>Suite 373<br>Coral Gables, FL 33134<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Counsel for Plaintiff* | *Counsel for Defendant* |